UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **EVAN PETROS, Individually,** § § | |
| **Plaintiff,** § § | |
| v. § § | Case No. 1:13-cv-1313 |
| **CARILLON CENTER, LP** § | |
| **A Domestic Limited Partnership** § § | |
| **Defendant** | |

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby inform the Court that the present matter has been settled and the parties are in the process of finalizing the settlement. The parties anticipate filing a dismissal with prejudice within the next 30 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: March 25, 2014

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: _/s/ Pete M. Monismith___ | By: _/s/ Craig H. Lubben_____ |
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com | Craig H. Lubben (P-33154)<br>Radisson Plaza Hotel & Suites<br>100 West Michigan Avenue, Suite 200<br>Kalamazoo, MI 49007-3960<br>Telephone: (269) 226-2958<br>lubbenc@millerjohnson.com |