UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**EVAN PETROS, Individually,** §
§
**Plaintiff,** §
§
v. § Case No. 1:13-cv-1313
§
**CARILLON CENTER, LP** §
**A Domestic Limited Partnership** §
§
**Defendant** 

## ORDER

This cause is before the Court on the parties Notice of Settlement, which advises the Court that this matter has been settled. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **April 25, 2014** to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed appropriate documents or a request for additional time by the **April 25, 2014** deadline, this case will automatically be deemed to be dismissed with prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

March  27 , 2014

  /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE