UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVAN PETROS,

    Plaintiff,

v.

    Case No. 1:13-cv-01313-GJQ

    HONORABLE GORDON J. QUIST

CARILLON CENTER, LP,

    Defendant.

_____/

**ORDER FOR DISMISSAL**
**WITH PREJUDICE**

The Court having read the stipulation of the parties and being fully advised in the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with no costs being awarded to any party.

Dated: April 22, 2014        /s/ Gordon J. Quist
                                             GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE